ARTHUR MORRIS, ET AL. v. STANDARDBRED BREEDERS
& OWNERS ASSOCIATION OF
NEW JERSEY, INC.

July 11, 1989.

Petition for certification denied.

DONALD R. SCHMIDT, INC. v. PLANNING BOARD OF THE BOR-
OUGH OF CLOSTER, ET AL.

July 11, 1989.

Petition for certification denied.

GLENN JONES v. CHERYL ALI.

July 11, 1989.

Petition for certification denied.